UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Jane Doe

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of
District Court)*

*(Write the full name of each plaintiff
who is filing this complaint.  If the
names of all the plaintiffs cannot fit in
the space above, please write "see
attached" in the space and attach an
additional page with the full list of
names.)*

Plaintiff requests trial by jury:

☒ Yes    ☐ No

**v.**

Saint Louis Children's
Hospital

See Attached

)
)
)
)
)
)
)
)
)
)
)

*(Write the full name of each defendant.
The caption must include the names of
all of the parties. Fed. R. Civ. P. 10(a).
Merely listing one party and writing "et
al." is insufficient. Attach additional
sheets if necessary.)*

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date, the full name of a person
known to be a minor, or a complete financial account number. A filing may include only: the last
four digits of a social security number, the year of an individual's birth, a minor's initials, and the
last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness
statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed without prepaying fees or costs.*

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jane Doe |
| Street Address | P.O. Box 2022 |
| City and County | Virginia Beach |
| State and Zip Code | Virginia 23452 |
| Telephone Number | 804-760-8015 |
| E-mail Address | s.email.9925@gmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Saint Louis Children's Hospital |
| Job or Title | |
| Street Address | One Children's Place |
| City and County | Saint Louis |
| State and Zip Code | Missouri 63110 |
| Telephone Number | 314-454-6000 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

Listed Defendants in the Civil Complaint:

Saint Louis Children's Hospital
One Children's Place
Saint Louis, Missouri 63110
(314) 454-6000

BJC Health System d/b/a BJC HealthCare
4901 Forest Park Avenue,
Saint Louis, Missouri 63108
(314) 286-2000

Washington University School of Medicine
1 Brookings Drive
Saint Louis, Missouri 63130
(314) 362-6956

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

A.    **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B.    **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

C.    **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* _____Jane Doe_____, is a citizen of the State of *(name)* _____Virginia_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .


If the defendant is a corporation

The defendant, *(name)*  Saint Louis Children's Hospital  .

is incorporated under the laws of the State of *(name)*

_____ Missouri _____ , and has its principal place of

business in the State of *(name)* _____ Missouri _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .


*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*


3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

The ammount in controversy exceeds $75,000 due to the
loss of life and, pain and suffering that the
Plaintiff has endured.

**Jurisdiction:**

All of the Defendants to this case listed below, are incorporated under the laws of the State of Missouri.

Saint Louis Children's Hospital

One Children's Place

Saint Louis, Missouri 63110

(314) 454-6000

BJC Health System d/b/a BJC HealthCare

4901 Forest Park Avenue,

Saint Louis, Missouri 63108

(314) 286-2000

Washington University School of Medicine

1 Brookings Drive

Saint Louis, Missouri 63130

(314) 362-6956

**III.    Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

|     |                                                                      |
|-----|----------------------------------------------------------------------|
| 1.  | What happened to you?                                                |
| 2.  | When did it happen?                                                  |
| 3.  | Where did it happen?                                                 |
| 4.  | What injuries did you suffer?                                        |
| 5.  | What did each defendant personally do, or fail to do, to harm you?   |

See Attached

**IV.    Relief**

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

See Attached

## I.BATTERY

1. In January 2003, the Plaintiff a disabled minor at the time, was at Saint Louis Children's Hospital.

2. During that visit at Saint Louis Children's Hospital in January 2003 the Plaintiff was a victim of battery.

3. The battery occurred due to the actions of the Defendants and their employees when they subjected the Plaintiff to medically unnecessary treatments without valid consent.

4. Saint Louis Children's Hospital lied to the Plaintiffs Parents as an attempt to receive consent for a Selective Dorsal Rhizotomy, which the Defendants and their employee Doctor Tae Sung Park (aka TS Park) proudly "pioneered."

5. Prior to January 2003 the Defendants and their employees were involved in the Plaintiffs medical care.

6. Since Saint Louis Children's Hospital subjected the Plaintiff to the Selective Dorsal Rhizotomy, the Plaintiff has permanent and progressive injuries.

7. The Plaintiff suffers from loss of use of her entire body. The injuries inflicted have caused the Plaintiff continuous pain, and damage to her muscles, organs and also, her reproductive and sexual functionings.

## II: ABUSE

8.  The Plaintiff incorporates the allegations in paragraphs 1-7 as if fully set forth herein.

9.  Due to the battery mentioned previously, the Plaintiff has also suffered subsequent instances of harm and abusive situations.

10. The instances of child abuse occured when the Plaintiff resided in the state of Virginia.  At that time, the Defendants and employees were located in the state of Missouri.

11. Since the initial battery that the Defendants inflicted upon the disabled minor in 2003, the Plaintiff has been unable to feel her own skin or sense danger that may arise.

12.  The Plaintiff would not have been subjected to such occurrences of harm and abuse in her life if it wouldn't have been for the previous actions of the Defendants and their employees.

## III: MEDICAL MALPRACTICE

13. Since the initial battery that occurred in January of 2003, the Plaintiff has continually experienced medical malpractice. (The Plaintiff incorporates the allegations in paragraphs 1-12 as if fully set forth herein.)

14. The medical malpractice occurred during follow up appointments with Doctor TS Park, staff members working at Saint Louis Children's Hospital, and associated with the Defendants.

15. The Defendants and their employees would make various statements regarding the Plaintiffs symptoms, that were mentioned at follow up appointments such as: they were "normal," to "be expected," and "a good sign."

16. The Defendants' employees lied to the Plaintiff and Her Mother all while hiding the injuries that they inflicted upon the minor Plaintiff in January of 2003.

17. Unknown to the Plaintiff or her Parents at the time, due to Saint Louis Children's Hospital and their employees excuses, the minor Plaintiffs pain and injuries progressed.

18. Due to the Defendants actions and concealment of injuries after surgery and follow up appointments, the Plaintiff didn't receive medical treatment that would have slowed her injuries from progressing, or prevented further injuries as an adult.

IIII:  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

19. In June 2024, the Plaintiff contacted Saint Louis Children's Hospital to schedule an appointment with Doctor TS Park.

20. Staff members at Saint Louis Children's Hospital, employees of Washington University School of Medicine, which is a part of the BJC HealthCare system harassed the Plaintiff and refused her medical care.

21. The Plaintiff has suffered severe emotional distress as a result of the

Defendant's conduct.

22. Along with the severe emotional distress, the Plaintiffs health has also continued to suffer physically.

23. The Defendants employees have blamed and discriminated against the Plaintiff, to further conceal her injuries.

24. The Defendants employees have stated that it was "in the best interest of the hospital" to cancel the Plaintiffs appointment.

25. In doing so, the Defendants discriminated against the disabled Plaintiff due to her disability, by denying her medical treatment.

26. Along with denying her treatment, several staff members at Saint Louis Children's Hospital harassed the Plaintiff and one subjected her to unwanted touching.

27. At that time, the hospital employees subjected the Plaintiff to intentional emotional invalidation due to her injuries, with their commentary instead of helping medically.

28. This was evident in several conversations with the Defendants employees.

29. At one point in the trip, staff at Saint Louis Children's Hospital (employed by Washington University School of Medicine, a part of BCJ HealthCare) acted as if they were going to provide the Plaintiff with medical treatment.

30. Staff at Saint Louis Children's Hospital asked the Plaintiff personal information about her health and sexuality without the intent of providing her medical treatment.

## IV. Prayer for Relief

WHEREFORE, Plaintiff Jane Doe respectfully requests that this Court enter judgment in her

favor and against Defendants Saint Louis Children's Hospital, Washington University School of

Medicine and BJC Health System d/b/a BJC HealthCare, jointly and severally, as follows:

## I: BATTERY

### Compensatory Damages Economic:

1. For past and future medical expenses, including, but not limited to: costs of surgical
   procedures and its associated costs, medications, physical therapy, and assistive devices.

2.  Along with, any other related healthcare or future needed services incurred and to be
   incurred as a direct and proximate result of Defendants' battery against the Plaintiff.  This
   amount exceeds $75,000.

3. Out of Pocket expenses that have occurred and will continue to occur as a result of the
   Defendants and their employees.

4. Past and future lost wages and loss of earning capacity: including back pay, front pay,
   benefits, and any diminution in Plaintiff's ability to earn income as a result of her
   injuries.

### Damages Non Economic:

5. Past and future pain and suffering: including physical pain, mental anguish, humiliation,
   loss of enjoyment of life, and the permanent disfigurement and injuries sustained by
   Plaintiff during her time at Saint Louis Children's Hospital in January of 2003, amount to
   be determined at trial.

Punitive Damages:

6. Due to the intentional acts of the Defendants and their employees, the Plaintiff is requesting punitive damages of 125 million dollars.

7. The Plaintiff is requesting this amount in punitive damages due to the injuries she sustained as a disabled minor child, when the Defendants and associates chose to inflict injuries upon her for their gains.

For Pre-Judgment and Post-Judgment Interest:

8. Pre-judgment interest on all damages from the date of injury to the date of judgment, and post-judgment interest on the entire judgment amount from the date of judgment until paid in full, at the rate allowed by law.

9. An award for costs of this action and for any other further relief as the Court deems just and proper.

## II: ABUSE

Economic and Non Economic Compensatory Damages:

10. The Plaintiff is requesting relief for the out of pocket expenses, which includes past and future expenses, that have resulted from the Plaintiffs injuries. Which includes future injuries due to the Defendants.

11. The Plaintiff is requesting relief for the physical injuries along with the emotional pain and suffering that the Plaintiff has had to (endure as explained previously,) in an amount to be determined at trial.

Pre-Judgment and Post-Judgment Interest:

12. Pre-judgment interest on all damages from the date of injury to the date of judgment, and post-judgment interest on the entire judgment amount from the date of judgment until paid in full, at the rate allowed by law.

13. An award for costs of this action and for any other further relief as the Court deems just and proper.

## III: MEDICAL MALPRACTICE

Compensatory Damages:

14. For past and future medical expenses, including, but not limited to: costs of surgical procedures and its associated costs, medications, physical therapy, assistive devices, and any other related healthcare or future needed services incurred and to be incurred as a direct and proximate result of Defendants' medical malpractice against the Plaintiff which occurred after the initial battery in 2003. This amount exceeds $75,000.

15. The Plaintiff is requesting compensation for the emotional pain and suffering that she's had to endure that's occurred after the initial battery took place. The Plaintiff is also seeking relief for the physical pain that she has endured due to the medical malpractice that occurred.

Punitive Damages:

16. The Plaintiff is requesting punitive damages of 125 million dollars.

17. The Plaintiff is requesting punitive damages due to the blatant and continuous disregard for her life. This is evident when the Defendants and their employees chose to conceal the Plaintiffs injuries and their extent from her and her mother.

18. The Defendants were not concerned and are not concerned of the Plaintiffs health and wellbeing.

19. Saint Louis Children's Hospital, Washington University School of Medicine, and BJC HealthCare saw the Plaintiff as disposable because of her disability.

20. Once they inflicted injuries upon her, they chose to ignore her injuries and not provide medical treatment.

21. The Plaintiff is requesting punitive damages to punish and help prevent this from happening in the future to other disabled children, vulnerable patients, and their families or caregivers.

Pre-Judgment and Post-Judgment Interest:

22. Pre-judgment interest on all damages from the date of injury to the date of judgment, and post-judgment interest on the entire judgment amount from the date of judgment until paid in full, at the rate allowed by law.

23.  An award for costs of this action and for any other further relief as the Court deems just and proper.

## IIII:  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

### Compensatory Damages:

24. The Plaintiff is requesting relief for the physical pain along with the emotional pain and suffering in an amount to be determined at trial, that has resulted from the Defendants actions and lack of.

### Punitive Damages

25. The Plaintiff is requesting punitive damages for the intentional and willful disregard of Plaintiff's fundamental rights.

### For Pre-Judgment and Post-Judgment Interest:

26. Pre-judgment interest on all damages from the date of injury to the date of judgment, and post-judgment interest on the entire judgment amount from the date of judgment until paid in full, at the rate allowed by law.

27. An award for costs of this action and for any other further relief as the Court deems just and proper.

## For All Counts:

For Costs and Associated Fees: The costs of this action, including but not limited to court costs, expert witness fees, and reasonable attorney's fees and associated costs authorized by statute and applicable rules.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒    No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒    No ☐

Do you claim punitive monetary damages?

Yes ☒    No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
Due to the continuous disregard on behalf of the
Defendants, the Plaintiff is requesting actual damages and
punitive damages.  See attached
```

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___3rd___ day of _____July_____, 20 _25_ .

Signature of Plaintiff(s) _____

_____
Jane Doe